KATE HOLMES HOPKINS, as Executrix, v. ANNIE OTTO, *et al.*

160 So. 203.
Division A.
Opinion Filed March 21, 1935.

*William A. Lane* and *John J. Lindsey,* for Appellant;
*Botts & Field,* for Appellees.

PER CURIAM.—This appeal is from a decree dismissing a suit to enforce a mortgage lien, the note and mortgage being for $1,500.00 due in three years with interest at 8% per annum payable semi-annually. Usury was a defense. A commission of $75.00 was paid from the amount of the note to an employee in the lender's office which the Chancellor in effect held was in the nature of a bonus to the lender. Only $1,425.00 was received by the borrower, even if the lender should not have paid a charge of $30.00 for title insurance on the mortgaged property. Foreclosure was begun at the end of two years under the acceleration provision of the mortgage.

Without the charge of $30.00 for title insurance on the

mortgaged property, the $75.00 bonus reserved together with the interest *charged* rendered the loan usurious.

In Wilson v. Connor, 106 Fla. 6, 142 So. 606, the first year's interest and the bonus were *both reserved* when the loan was made.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur.

ELLIS, P. J., and TERRELL and BUFORD, J. J., concur in the opinion and judgment.